**Opinion issued April 22, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00664-CV

————————————

**TUTTLE ENTERPRISES, INC. D/B/A TUTTLE CONSTRUCTION,
WATSON & TAYLOR MANAGEMENT, INC., WATSON & TAYLOR USA
SP, LTD., AND WATSON & TAYLOR USA, LLC, Appellants**

**V.**

**RAY TRUITT AND ANNIE TRUITT, Appellees**

---

**On Appeal from the 122nd District Court
Galveston County, Texas
Trial Court Case No. 09CV0221**

---

## MEMORANDUM OPINION

On February 25, 2014, we received notice from the mediator that the parties

had settled all issues in this appeal. On February 26, 2014, the Clerk of the Court

notified the parties that, unless, within 15 days of the date of the notice, the parties

demonstrated that there was a live controversy between them as to the merits of the appeal, the appeal would be dismissed. *See, e.g.*, *Hodrick v. Arena Grp. LP*, No. 01-07-00554-CV, 2008 WL 185614, at *1 (Tex. App.—Houston [1st Dist.] Jan. 17, 2008, no pet.) (dismissing appeal as moot when mediator informed Court of settlement and parties failed to demonstrate that live controversy existed between them); *see also Valley Baptist Med. Ctr. v. Gonzales*, 33 S.W.3d 821, 822 (Tex. 2000) (requiring that actual controversy exist between parties to appeal for appellate court to exercise jurisdiction). No party has filed a response to the notice.

Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.